**Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00634-CV

## MICHAEL NAVARRO AND TAMRA NAVARRO, Appellants

## V.

## BASILIO BASQUEZ, Appellee

**On Appeal from the County Court
Lee County, Texas
Trial Court Cause No. 3435**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 18, 2018. The clerk's record was filed July 5, 2018. The reporter's record was filed September 14, 2018.

On November 29, 2018, appellants filed a brief that did not comply with the Texas Rules of Appellate Procedure. On December 6, 2018, this court struck appellants' brief on the stated grounds that the brief failed to comply with the rules. Specifically, we noted that appellants failed to (1) state concisely all issues presented

for review, (2) provide a succinct, clear, and accurate statement of the arguments made in the body of the brief, and (3) set forth a clear and concise argument for the contentions made with appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1(f), (h), and (i).

The court's order stated that unless appellants filed a complying brief on or before December 17, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.